& Morton, for petitioners. Before PUTNAM, Circuit Judge, and WEBB and BROWN, District Judges.

PUTNAM, Circuit Judge. Our opinion on the merits of this appeal was passed down on June 1, 1898, and the judgment in accordance therewith was entered on the same day. A mandate, pursuant to the judgment, issued on June 9, 1898, with the knowledge of the appellants and without objection from them. On September 30, 1898, during the term at which the judgment was entered and the mandate issued, the appellants filed with the clerk, without leave, a petition that the mandate be recalled and that a rehearing be ordered. The proceeding must be governed by the practice as it existed before the adoption at this term of amended rule 29. We have carefully examined the petition and the petitioners' brief, but none of the judges who concurred in the judgment desires that the case be argued anew. The ordinary judgment would be that the petition be denied, but, under the circumstances, the proper and more prudent course is to dismiss it. The petition that our mandate be recalled and a rehearing be ordered is dismissed.

---

BLUTHENTHAL et al. v. LONG et al. (Circuit Court of Appeals, Fourth Circuit. November 5, 1898.) No. 253. Appeal from the Circuit Court of the United States for the District of South Carolina. Mordecai & Gadsden, for appellants. William A. Barber, Atty. Gen., for appellees. No opinion. Affirmed, with costs.

---

BOARD OF COM'RS OF DOUGLASS COUNTY v. SAGE et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1898.) No. 852. Appeal from the Circuit Court of the United States for the District of Kansas. M. Summerfield and George J. Barker, for appellant. W. H. Rossington, Charles Blood Smith, A. L. Williams, and N. H. Loomis, for appellees. Dismissed, pursuant to the twenty-fourth rule, for failure of appellant to file brief.

---

BOWEN et ux. v. WATKINS. (Circuit Court of Appeals, Sixth Circuit. December 14, 1898.) No. 658. Appeal from the Circuit Court of the United States for the Eastern District of Tennessee. Dismissed on motion of appellee.

---

BROWN et ux. v. UNITED STATES CASUALTY CO. (Circuit Court of Appeals, Sixth Circuit. November 28, 1898.) No. 654. In Error to the Circuit Court of the United States for the Western District of Tennessee. Hill & Jones, J. P. Rhodes, and J. J. Hays, for plaintiffs in error. Natkins & Latimore, for defendant in error. Dismissed on motion of plaintiffs in error, at their costs. See 88 Fed. 38.

---

CARNEGIE STEEL CO., Limited, v. UNITED STATES MITIS CO. (Circuit Court of Appeals, Third Circuit. October 21, 1898.) Thomas W. Bakewell, for appellant. Jos. C. Fraley, for appellee. No opinion. Affirmed, with costs. See 89 Fed. 206, 343.

---

CENTRAL PAC. R. CO. v. JOHNSON et al. (Circuit Court of Appeals, Eighth Circuit. December 8, 1898.) No. 1,039. In Error to the Circuit Court of the United States for the District of Utah. C. W. Bunn, L. R. Rogers, David Evans, H. V. Reardon, and William Singer, Jr., for plaintiff in error. B. Howell Jones, for defendants in error. No opinion. Affirmed, with costs.